Greeting to the General District Court of the Eastern District
of Richmond, Virginia

Hudson

Eric E. Miller

9193 Old Dumfries Rd.

Catlett, Va 20119

*Complaint*

VS

Fauqueir County, Va
General District Court
Address Unknown

(91 of 06)

FILED

JUL 19 2016

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Date: 06/30/2016

Civil Action #: 3:16CV607

RECEIVED

JUL 13 2016

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## A Emergency Injunction

Hello, to who it may concerned;

My name is Eric E. Miller and at present I am incarcerated at the Northwestern Regional Adult Detention Center in Winchester, Va., where I strongly believe my safety is going to be voilated. I have a sleep dis-order call Somniloquy-"Please refer to U.S. Complaint's history" for further inquiry. I have multiple Complaints in contesting voilations of the tittle 42 USC 2000 E; Discrimination and Harassment by the CIA and its Third Party Agents-like the State of Va. and Etc. In my own going Complaints I have stated that the "Denial of my Due Process by the State of Va., an Etc and so many other U.S. Court systems are out of control at the Denial of my Due Process. I am now contesting my unlawful charge and incarceration here in Fauqueir, Va (NRADC) where the State of Va's has Charge me with 18.2-427, Threats over the air ways. The actual State-ment was fabricated and changed to maliciously accommodate the Fauqueir Couty "Entrapment Warrent"! This Charge and County Personall where manipulated through my sleep dis-ability, called Somniloquy-Please refer to Harrison Princeables, the 16 Edition, on Internal Medicine or Google sleep dis-order /Somnologuy !

Greetings to the General District Court of the Eastern District of Richmond, Virginia

(02 of 06)

I have multiple complaints to the U.S. Justice Department, the FBI, the U.S. District Court for the District of Columbia and the U.S. Appeals and District Court for the Richmond area of Va, and it seems be a straight ongoing "Denial of my Due Process! Reasonally, may be two months ago I filed a New complaint stating to the USC for the District of Columbia, the new facts about how these Misfits, Constables and Fed. Agents who stalk, voilate and Harass my sleep dis-order for "EXTREME Malicious Means! Note: "Please refer to the Order and explanation of the sleep experiments for the reason why such long term ongoing deprivation is a necessity for these CIA/Op/Agents!"

After all these Complaints, I have stated about the Denial of my Due Process from many different organizations from that State of Va. and etc., the U.S. Justice Department says (06/17/2016) they are un-aware of my Complaints! The actual statements to the DOJ was strongly fabricated and mis-construed to maliciously omitt the actual statement I made to the DOJ over the phone (my cellphone) for the purpose of falsifying and entrapment case through the D.I.P.'s, Dream Interrogation Programs! With these systemic Obstructions of Justice and destruction of evidence and property there's no-way I can properly represent my-self ... I absolutely need Anttorny! I am asking for this Warrent by the Fauqueir County, Police Department to be deposed of. Because it was strongly and maliciously mani-pulated through my sleep dis-order for so many years of harass-ment and duress. And further-more and more importantly it is of no fault of my own!

The U.S. Gov. and its Agents are maliciously criminalizing a man for Extroardinary experiments because he has a Rear sleep disorder! #Note: These Agents may be using my I E Tape Recorder to maliciously impliment Entrapment (DI sessions) to the FCD, General Dist. Court. #

Case 3:16-cv-00607-HEH-RCY    Document 1    Filed 07/19/16    Page 3 of 6 PageID# 3

Note: These Agents and Constables of the US, Gov and Etc, are actively involved in the destruction of evidence on all levels of reckless-ness possible! At this ealier state of jurisprudence in Faugueir County I be-lieve my attorney is actively involved in depression of evidence to the Court as may've been ordered! And the Faugueir County, Magistrate was conducting and participating in D.I.P.'s. And further-more the Faugueir County Detention Center (Jail) has been put into motion to destroy my wallet, phone, personal property and Federal Court documents /evidence that pretains to this Faugueir case of 18.2-427, threats made over the Air Ways ... the Offense Tracking Number 061GM1600003249/ Va Crime Code- Tel-3245- MI / No. File number. / case no (s).: C16-1014 By unlawfully manufactering the D.I.P.'s /issues on 06/17/2016 between the hours of 2 & 4:00 pm they had me locked up for the purpose of stealing my evidence through the conveniant destruction of property by the Detention Center an etc.,. The Faugueir County Court system confiscated my I E digital voice actived recorder... there was no evidence of any-kind that this Faugueir County of Va's criminal jurisprudence could use against me in any-way!!! Note: It was said in a Dream Interrogation Session that evidence (D.I.P.'s) was being manufactured on a look-a-like I E Tape recorder and was going to be given to Faugueir County Police! I can only surmised they are attempting to expose the C.I.A's, Third Party Misfits, murder's and the attempted D.I.P murders around this Country; In which they have forceable made me a party too! The I E recorder had evidence of the U.S. Court of Appeals inquiry about these Constables running harassment and discrimination aceross the Metro-Polian Area! (D.I.P.'s) Dream Interrogation Programs!

Case 3:16-cv-00607-HEH-RCY    Document 1    Filed 07/19/16    Page 4 of 6 PageID# 4

(04 of 06)

Note: I was able to speak with my Attorney today and was was able to get my property release to my Mother today (6/30/2016). Note: At this time it is unknown as to what direction this case and DIP might be headed for! I informed him that the evidence in my back Pack Bag will tend to bring extreme clarity to my "accusations, at time" of unlawfull Entrapment through the Dream Interrogation Programs!

The U.S. District Court must excuse my poverty, and the communication of this Complaint but I've no-other means to write this Emergency In-junction and Esstoppel inquiry. I have been sent to a Detention Facility that doesn't accommodate the demand of the U.S. Courts on how a complaint should be prepared for your consumation.

I'm asking for an emergency Injunction and esstoppel to the malicious destruction of evidence (IE Tape Recorder) that the Police took in a malice search Warrent! They seized my voice actived tape recorder and the evidence had nothing to do with the evidence of this "Particular Case"!

Because at this time I am incarcerated I am requesting an Emergency (ISP) Attorney to be appointed to this Emergency Junction that is an unlawful entrapment ease by Fauqueir County, Va.,. Sense it is very likely that these are Fauqueir County Constables and Second and Third Party Actors of the U.S. Gov. a voilation of my Due Process will most likely occure again!

So I'm still requesting to proceed with-out payment of the filing fees because my accounts here at this facility is zero dollars and I'm un-able to pay the filing fee at this time!

Greetings to the General District Court of the Eastern
District of Richmond, Virginia

(05 of 06)

Note: I am now lodge here at the NRADC and there seems to be
a strong desire to keep me in population when I've request (several
times) for protective Custody. I have stated (several times) that I have
a sleep dis-order and that the sleep dis-order is a dangerous sleeping dis-
ability. for individuals sleeping in the same room as me! I have been known
to assault every-body who sleeps in the same room as I do! On 06/23/2016 some
one came here and interrogated me (while was asleep) I dont believe the State
of Va., Constables from the street of Fauquier County arranged this sleep Inter-
rogation, I believe it was done strictly for inquiry! However its clear
that this facility is conducting and participating in DIP's! Multiple dream
Interrogation Programs were sent with me, by the Fauquier County Interrogators
from the Streets and I greatly fear for my safety. There are many different
phases in which they take Dream Interrogation Programs from me. And Right now
I believe I'm in the "seduce me" Phase of the D.I. Operations". Sence
I never know the manner or directions of the DIP's or how or when a
Dream Interrogation Program will be run on me I always have reason
to fear for my safety! This is why I always ask for Protective Custody
but Protective Custody has been voilately denyed!!! I am being denied
PC because I am being force into a situation that will cause further
detriment to me! Phase two and Phase three of these DIP's will tend
to try to force me into force labor-operations on the outside of this facility.
If such actions are implimented and this type of force causes me damages
it will be necessary to use force by any means necessary!
Especially sence my lawyer and the Migistrate and most likely the
Judge (from history) all seems to be in co-operation and support
of the DIP's!

Greetings General District Court of the Eastern Court of Richmond, Virginia

(06 of 06)

Today at approx; 12:45 pm/07-01-2016 my Attorney came here to the NRADC, the Northwestern Regional Adult Detention Center and basically said he was not capible of handling this case. He even stated he was un-aware of my court date and he did'nt even know portion of my case. Further-more he had documents of my IF Tape Recorder or the documents that the State of Va., requested a Warrent for. I've even tried to call his number/office/several times but his Operator refuses to except my calls... they wouldn't even put me through to his answering mechine! I really got the strong fealing he knew little about my case and further-more I believe he is going to use the General District Court of Fauqueir County to authenticate a fabrication of the States Warrent! On 06/20/2016 a Priliminary Video Hearing was held and the Judge was conducting and participating with D.Interrogators when he stoted a DIP that the State was investigating charges of threats on a Police Officer. I strongly believe this is the reason for the Search and seizer of my Sony digital Recorder. The Dream Interrogator who whiches to falsify and fabricate more D. I. Sessions to the Court is the same Dream Interrogator who ordered the murder of a Police Officer in Catlett, County several years back. It was a DIP that these Constables of the State of Va., accurred frome me last year.

Signed Eric E. Miller

P.S. Note: The Fauqueir County     Dated: 07-02-2016
Dream Interrogators are absolutely frustrated with my desirer to write report and expose thier actions to the U.S. Courts an thier Dream operations. I have absolute fear for my safety here at this facility